

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-14-00082-CR |
| § | |
| EX PARTE: DORA AHN, | Appeal from |
| § | |
| | 346th District Court |
| § | |
| | of El Paso County, Texas |
| § | |
| | (TC# 20110D00574) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the trial court's denial of the pretrial application for writ of habeas corpus. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF AUGUST, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.